1 David J. Tappeiner (SBN 243979)
FELL, MARKING, ABKIN, MONTGOMERY,
2 GRANET & RANEY, LLP
222 East Carrillo Street, Suite 400
3 Santa Barbara, California 93101-2142
Telephone: (805) 963-0755
4 Email: dtappeiner@fmam.com

5 Jason W. Wansor (SBN 232949)
G. Michael Brelje (SBN 269476)
6 Rogers, Sheffield & Campbell, LLP
7 427 East Carrillo Street
Santa Barbara, California 93101
8 Telephone: (805) 963-9721
Fax: (805) 966-3715
9 Email: jason@rogerssheffield.com; mike@rogerssheffield.com

**Attorneys for Plaintiff, VTAIL, LLC**

UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VTAIL, LLC, a Limited Liability Company, | Case No.: 1:18-CV-00339-DAD-JLT |
| Plaintiff, | **STIPULATION AND ORDER RE: FILING OF FIRST AMENDED COMPLAINT** |
| vs. | |
| GOLDEN CORRAL, INC., a North Carolina corporation conducting business in Kern County, California; DARRYL WEBB, an individual; TELLY SMITH, an individual; and DOES 1-20, inclusive, | (Doc. 8) |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, by their respective attorneys, its form and content being hereby approved. This Stipulation is made with reference to the following facts:

1. Plaintiff, VTAIL, LLC (hereinafter "Plaintiff"), wishes to amend its Complaint that was filed in the Superior Court of California, Kern County, on February 2, 2018, and will include a Negligent Misrepresentation cause of action in its First

Amended Complaint. Plaintiff intended to file its First Amended Complaint in the Superior Court of California, Kern County, but this action was removed by the Defendants on March 8, 2018, prior to Plaintiff amending its Complaint.

2. Defendants, GOLDEN CORRAL, INC., aka GOLDEN CORRAL CORPORATION, DARRYL WEBB, and TELLY SMITH (hereinafter "Defendants"), through their respective counsel, hereby agree to allow Plaintiff time to amend its Complaint and file a First Amended Complaint.

3. By their signatures below, the Defendants consent to Plaintiff amending its Complaint, and counsel respectfully request that Plaintiff be allowed to file its First Amended Complaint pursuant to Federal Rules of Civil Procedure, Rule 15(B)(2).

4. Pursuant to the agreement of the parties, counsel for the parties hereby stipulate to and request the Court to enter the Order that follows.

ROGERS, SHEFFIELD & CAMPBELL, LLP

DATED: March ___, 2018         By: _____
                                   Jason W. Wansor, Esq.
                                   G. Michael Brelje, Esq.
                                   Attorneys for Plaintiff VTAIL, LLC

LEWIS BRISBOIS BISGAARD & SMITH, LLP

DATED: March ___, 2018         By: _____
                                   Garth N. Ward, Esq.
                                   Attorneys for Defendants GOLDEN CORRAL,
                                   INC., aka GOLDEN CORRAL
                                   CORPORATION, DARRYL WEBB, and
                                   TELLY SMITH

///

///

///

///

# ORDER

Based upon the foregoing stipulation, the Court **ORDERS**:

1. Plaintiff shall file its First Amended Complaint within three court days.

IT IS SO ORDERED.

Dated: __**March 22, 2018**__             _____**/s/ Jennifer L. Thurston**_____
                                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE: FILING OF FIRST AMENDED COMPLAINT