**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LEO A. BAUTISTA, SB# 149889
  E-Mail: Leo.Bautista@lewisbrisbois.com
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
DEBORAH F. SIRIAS, SB# 102893
  E-Mail: Deborah.Sirias@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GARTH N. WARD, SB# 202965
  E-Mail: Garth.Ward@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant GOLDEN CORRAL CORPORATION erroneously named as GOLDEN CORRAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| VTAIL, LLC a Limited Liability Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>GOLDEN CORRAL, INC., a North Carolina corporation conducting business in Kern County, California; DARRYL WEBB, an individual, TELLY SMITH, an individual; and DOES 1-20, inclusive ,<br><br>    Defendants. | CASE NO. 1:18-cv-00339 DAD-JLT<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS GOLDEN CORRAL CORPORATION, DARRYL WEBB AND TELLY SMITH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

    Plaintiff VTAIL, LLC ("Plaintiff"), and Defendants GOLDEN CORRAL CORPORATION erroneously named as GOLDEN CORRAL, INC., DARRYL WEBB, and TELLY SMITH ("Defendants") jointly stipulate to extend the time for

/ / /

Defendant to file its response to the First Amended Complaint from April 10, 2018 to April 30, 2018.

    IT IS SO STIPULATED.

DATED: April 5, 2018                ROGERS SHEFFIELD & CAMPBELL LLP

By:    */s/ Jason W. Wansor*
      Jason W. Wansor
      Attorneys for Plaintiff VTAIL, LLC

DATED: April 5, 2018                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Garth N. Ward*
      Dana Fox
      Leo A. Bautista
      Garth N. Ward
      Attorneys for Defendants GOLDEN CORRAL CORPORATION erroneously named as GOLDEN CORRAL, INC., DARRYL WEBB and TELLY SMITH

IT IS SO ORDERED.

    Dated:   **April 5, 2018**                  **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE