**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LEO A. BAUTISTA, SB# 149889
  E-Mail: Leo.Bautista@lewisbrisbois.com
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
DEBORAH F. SIRIAS, SB# 102893
  E-Mail: Deborah.Sirias@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GARTH N. WARD, SB# 202965
  E-Mail: Garth.Ward@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant GOLDEN CORRAL CORPORATION erroneously named as GOLDEN CORRAL, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| VTAIL, LLC a Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN CORRAL, INC., a North Carolina corporation conducting business in Kern County, California; DARRYL WEBB, an individual, TELLY SMITH, an individual; and DOES 1-20, inclusive ,<br><br>Defendants. | CASE NO. 1:18-cv-00339 DAD-JLT<br><br>**STIPULATION FOR ADDITIONAL EXTENSION OF TIME FOR DEFENDANTS GOLDEN CORRAL CORPORATION, DARRYL WEBB AND TELLY SMITH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff VTAIL, LLC ("Plaintiff"), and Defendants GOLDEN CORRAL CORPORATION erroneously named as GOLDEN CORRAL, INC., DARRYL WEBB, and TELLY SMITH ("Defendants") jointly stipulate to an additional

extension of time for Defendants to file its response to the First Amended Complaint from April 30, 2018 to May 14, 2018.

IT IS SO STIPULATED.

DATED: May 1, 2018          ROGERS SHEFFIELD & CAMPBELL LLP


By:     */s/ Jason W. Wansor*
        Jason W. Wansor
        Attorneys for Plaintiff VTAIL, LLC

DATED: May 1, 2018          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:     */s/ Garth N. Ward*
        Dana Fox
        Leo A. Bautista
        Garth N. Ward
        Attorneys for Defendants GOLDEN
        CORRAL CORPORATION erroneously
        named as GOLDEN CORRAL, INC.,
        DARRYL WEBB and TELLY SMITH

## ORDER

The stipulation to allow additional time is **GRANTED**. However, the scheduling conference remains on calendar on June 1, 2018.

**<u>Absolutely no further extensions of time will be granted for the responsive pleading.</u>**

IT IS SO ORDERED.

Dated:  **May 1, 2018**            **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

4828-1979-1972.1                        2                       1:18-cv-00339 DAD-JLT
STIPULATION FOR ADDITIONAL EXTENSION OF TIME FOR DEFENDANTS GOLDEN CORRAL
CORPORATION, DARRYL WEBB AND TELLY SMITH TO RESPOND TO PLAINTIFF'S FIRST AMENDED
COMPLAINT