1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10

11  VTAIL, LLC a Limited Liability Company,.,    | Case No. 1:18-cv-00339 DAD JLT
12            Plaintiffs,                        | **ORDER TO ATTORNEY DAVID J.**
                                                 | **TAPPENIER TO SHOW CAUSE WHY**
13        v.                                     | **SANCTIONS SHOULD NOT BE IMPOSED**
                                                 | **FOR HIS FAILURE TO OBTAIN**
14  GOLDEN CORRAL, INC., et al.,                 | **MEMBERSHIP IN THIS COURT**
15            Defendants.
16

17      The defendants removed this action to this Court on March 8, 2018. (Doc. 2)  At that time, the

18  Clerk of the Court reminded one of the plaintiff's attorneys, David J. Tappeiner, that he was not a

19  member of the Court and directed him to seek admission.  (Doc. 4)  He has not done so.  Thus, the

20  Court **ORDERS**:

21      1.      No later than **May 9, 2018**, attorney, David J. Tappeiner, **SHALL** show cause in

22  writing why sanctions should not be imposed for his action in appearing in this Court without first

23  obtaining membership.  Alternatively, by May 9, 2018, he may seek membership in the Court.

24

25  IT IS SO ORDERED.

26      Dated:  __May 2, 2018__                    _____/s/ Jennifer L. Thurston_____
                                                   UNITED STATES MAGISTRATE JUDGE
27

28