# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VTAIL, LLC a Limited Liability Company,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOLDEN CORRAL, INC., et al.,<br><br>    Defendants. | Case No. 1:18-cv-00339 DAD JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT** |

The parties report they had come to terms of settlement. (Doc. 17) They indicate they will seek dismissal of the action soon. <u>Id</u>. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed <u>**no later than June 15, 2018**</u>;
2. All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

Dated:    **May 21, 2018**                    _/s/ Jennifer L. Thurston_
                                                              UNITED STATES MAGISTRATE JUDGE