David J. Tappeiner (SBN 243979)
FELL, MARKING, ABKIN, MONTGOMERY,
GRANET & RANEY, LLP
222 East Carrillo Street, Suite 400
Santa Barbara, California 93101-2142
Telephone: (805) 963-0755
Email: dtappeiner@fmam.com

Jason W. Wansor (SBN 232949)
G. Michael Brelje (SBN 269476)
Rogers, Sheffield & Campbell, LLP
427 East Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 963-9721
Fax: (805) 966-3715
Email: jason@rogerssheffield.com; mike@rogerssheffield.com

**Attorneys for Plaintiff, VTAIL, LLC**

UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VTAIL, LLC, a Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>GOLDEN CORRAL, INC., a North Carolina corporation conducting business in Kern County, California; DARRYL WEBB, an individual; TELLY SMITH, an individual; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: 1:18-CV-00339-DAD-JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 19) |

Pursuant to the Notice of Settlement in Principle and Motion to Vacate All Deadlines filed on May 17, 2018, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, by their respective attorneys, its form and content being hereby approved, that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

///

The parties have entered into a Settlement Agreement, and have agreed to bear their own attorneys' fees and costs. The parties to this action request this Court to retain jurisdiction to enforce the terms of the Settlement Agreement.

ROGERS, SHEFFIELD & CAMPBELL, LLP

DATED: June 15, 2018     By: /s/ G. Michael Brelje
　　　　　　　　　　　　　　　Jason W. Wansor
　　　　　　　　　　　　　　　G. Michael Brelje
　　　　　　　　　　　　　　　Attorneys for Plaintiff VTAIL, LLC

LEWIS BRISBOIS BISGAARD & SMITH, LLP

DATED: June 15, 2018     By: /s/ Garth N. Ward
　　　　　　　　　　　　　　　Garth N. Ward
　　　　　　　　　　　　　　　Attorneys for Defendants GOLDEN CORRAL, INC., aka GOLDEN CORRAL CORPORATION, DARRYL WEBB, and TELLY SMITH

## ORDER

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 19) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated: **June 15, 2018**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE